## No. 435.

### HEIRS OF M. W. ASHLEY, deceased, *v*. ADAM RISER et al.

One who has availed himself of a judgment and made it his own by issuing a *fieri facias* and collecting money thereon is estopped from denying its validity.

APPEAL from the parish court, parish of Jackson. *Revis*, J. *Jas. E. Hamlett*, for plaintiffs and appellants. *M. M. Smith*, for defendants and appellees.

WYLY, J The plaintiffs appeal from the judgment rejecting their demand to annul the judgment homologating the final account of the defendants, the administrators of their father's succession, on the ground that they were not cited. In bar of this proceeding the de-

fendants plead that the plaintiffs have acquiesced in said judgment and are estopped, because, they have issued execution thereon and collected under *fieri facias* part thereof.

One who has availed himself of a judgment and made it his own by issuing a *fieri facias* and collecting money thereon, is estopped from denying its validity. The plaintiffs are estopped from denying the validity of the judgment which they have enforced against the defendants.

They were all of age or emancipated when their attorney issued the *fieri facias* and collected the money and they have not disavowed his authority to represent them.

Judgment affirmed.